IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

Laurie Bornock
General Delivery
Branson, MO 65616

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

City of West Plains
1910 Holiday Lane
West Plains, MO 65775

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☐ Yes ☒ No

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Laurie Bordock
Street Address: General Delivery
City and County: Branson, MO 65616
State and Zip Code:
Telephone Number: 0
E-mail Address: LaurieBordock@gmail.com

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: City of West Plains
Job or Title (if known): 1910 Holiday Lane
Street Address:
City and County: West Plains, MO
State and Zip Code: 65775
Telephone Number: 417-256-7176
E-mail Address (if known):

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☐ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Defamation, Slander _____

_____

_____

☐ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

_____

_____

_____

☐ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A. The Plaintiff(s)   I'm Homeless — I travel Everywhere!!

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B. The Defendant(s)

1. If the defendant is an individual

   The defendant, (name) **City of West Plains**, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

2. If the defendant is a corporation

   The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

   (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

C. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because (explain):

**50 million dollars**

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you? → **I was harrassed to death by these dispicable Chinese waitresses. I could not even eat the lunch buffet.**
- What injuries did you suffer? → **I had to leave West Plains because I got a ticket for overhead that I did not pay for because I did not eat it**
- Who was involved in what happened to you? → **was harrassed by miserable Chinese waitresses — Literally seated by tables. Started harrassing**

4

The city cop wrote me a ticket and court date
For Nonpayment of a meal. I did not eat the meal so
- How were the defendants involved in what happened to you? I did not pay for it!!
- Where did the events you have described take place? At the Diamond Head Chinese Restaurant In West Plains
- When did the events you have described take place?
Several months Ago

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The city of west plains the cop should of known better as not to give me a ticket! I was a homeless person Being Harassed by that dispicable Diamond Head Chinese Restaurant worker Because they despise Homeless people. I lead money to eat at their work kept Repeat and had Been there Before also — they had not seen like that Last time I ate there! the local police should have known Better — I was terrorized out the door by cop I could not even eat my meal why should I pay for a meal that I did not eat!! the cop should

IV. **Relief** have known this when I told him & never gives me a ticket!

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

50 million dollars in civil rights violations as well as slander & Defamation

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?
Yes [X]   No [ ]

Do you claim actual damages for the acts alleged in your complaint?
Yes [X]   No [ ]

Do you claim punitive monetary damages?
Yes [X]   No [ ]

5

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

50 million dollars For Slander & Defamation of of my Good American Name - Had to leave West plains Because I am a homeless person & do not have time or money to go to court based all the Nonsense that goes Along with it!

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 4, 2020

Signature of Plaintiff: Laurie Burdock
Printed Name of Plaintiff: Laurie Burdock

6

Case 6:20-cv-03208-LMC   Document 1-1   Filed 07/08/20   Page 6 of 6